IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARCO RODRIGUEZ | § | |
| V. | § | CIVIL ACTION NO. 9:05CV72 |
| DR. BETTY WILLIAMS, ET AL. | § | |

## FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff take nothing by his suit and that the same is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this the **19** day of **August, 2005.**

Thad Heartfield
United States District Judge